### LUDWIG v. INGELFINGER.

(Supreme Court, Appellate Division, Second Department.   March 27, 1901.)

EVIDENCE—COUNTERCLAIM—SERVICES RENDERED—PROOF OF VALUE—ADMIS
SIONS.

Where the plaintiff sued for a loan of $50, and defendant counterclaim-
ed for $125 for services rendered, but no proof as to the value of which
was offered, and plaintiff testified that he had paid for all services ren-
dered by defendant, and others testified that defendant admitted the
indebtedness of the plaintiff, a judgment on the counterclaim for $75 was
against the evidence.

Appeal from municipal court, borough of Brooklyn.

Action by Henry Ludwig against Mary Ingelfinger.   From a judg-
ment in favor of defendant, plaintiff appeals.   Reversed.

Argued before GOODRICH, P. J., and WOODWARD, HIRSCH-
BERG, JENKS, and SEWELL, JJ.

William F. Hagarty, for appellant.
John T. Robinson, for respondent.

PER CURIAM.   The plaintiff sues to recover a loan of $50.   The
receipt of $50 is admitted, but the contention of the defendant is that
it must be credited upon her counterclaim of $125 against the plaintiff
for defendant's services as a domestic servant.   The municipal court
gave judgment for $75 for the defendant upon the counterclaim.   We
think that the judgment must be reversed.   There was no evidence of
the value of the defendant's services.   It seems hardly credible that
the defendant would work for years without pay.   The plaintiff tes-
tifies that he had paid the defendant for all that she ever did in his
service.   The sister of the plaintiff and another witness testify that
the defendant admitted the indebtedness in question.

Judgment reversed, and new trial ordered, with costs to abide the
event.